# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| QSL WACO, INC. and<br>QSL REALTY WACO, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>LUBE HOLDINGS, INC.,<br>QUAKER STEAK & LUBE FRANCHISING<br>CORPORATION, and JOHN LONGSTREET,<br><br>  Defendants. | § § § § § § § § § § § | Civil Action No. 4:14-cv-00591 |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 27, 2018, the report of the Magistrate Judge (Dkt. #97) was entered containing proposed findings of fact and recommendations that Plaintiffs QSL Waco, Inc. and QSL Realty Waco, Inc. ("Plaintiffs") and Defendant John Longstreet's ("Defendant" or "Longtreet") Joint Stipulation for Dismissal with Prejudice (the "Stipulation") (Dkt. #95) should be granted, and the entirety of Plaintiff's claims asserted in this lawsuit should be dismissed with prejudice. The Court notes that Longstreet is the only remaining Defendant, Defendants Lube Holdings, Inc., and Quaker Steak & Lube Franchising Corporation having been previously dismissed. *See* Dkt. #58.

  The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that that this entire action, and all of the claims asserted therein, are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs.

All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

**SIGNED this 4th day of April, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE